**Order entered November 15, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-01266-CV

### ROBERT RODRIGUEZ, Appellant

### V.

### SCOTT GINSBURG, Appellee

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-04978-2015**

## ORDER

On the Court's own motion, we **REMOVE** this appeal from submission on December 11, 2018.  The appeal will be resubmitted in the first quarter of 2019.


/s/     DAVID L. BRIDGES
            PRESIDING JUSTICE